

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00254-MCS |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| RAMON ULICES SOTO, | |
| Defendant. | |

I.

On April 24, 2025, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 18, 2025. Michael Brown, with the Federal Public Defender's Office, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Rahul Hari.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the petition alleges that Defendant failed to report for drug testing and counseling, and to report for mental health treatment, and to use controlled substances.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the petition also alleges that Defendant recently engaged in a hit and run, and continues to use controlled substances;

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 24, 2025

/s/
MICHAEL KAUFMAN
UNITED STATES MAGISTRATE JUDGE
